1010

**George L. FRANKLIN, Receiver of Keystone Stores Corp., and Armour & Company, Appellants, v. UNITED STATES.**

No. 5957.

Circuit Court of Appeals, Third Circuit.

May 29, 1936.

For opinion below, see 12 F.Supp. 286.

George D. Wick, George Walter Smith, and Campbell, Wick, Houck & Thomas, all of Pittsburgh, Pa., for appellants.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, John MacC. Hudson, and Joseph M. Jones, Sp. Assts. to Atty.Gen., for the United States.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

In this income tax case it appears the taxpayer corporation, the Keystone Stores Corporation, claimed to deduct as a loss in its income for 1928 losses made by the Keystone Grocery Company. The Commissioner rejected such claim and, on distribution of the assets of the taxpayer corporation under a receivership in the court below, presented such claim. The matter was referred to a master, who reported the loss was deductible from taxpayer's income, but the court differed from the master and held the loss was not deductible, filing an opinion which stated and discussed in detail and at length the somewhat complicated facts.

In view of the fact that a further opinion would be but a labored attempt to marshal in different language what was so well stated in the trial judge's opinion, and as the case turns on its own individual facts, we limit ourselves to affirming the case on the opinion below.

**F. R. CRUIKSHANK & COMPANY OF THE PACIFIC, Appellant, v. CALIFORNIA CANNERIES COMPANY, Appellee.**

No. 8132.

Circuit Court of Appeals, Ninth Circuit.

June 22, 1936.

Pillsbury, Madison & Sutro, of San Francisco, Cal., for appellant.

Norman A. Eisner, of San Francisco, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, each party to bear its own costs; mandate forthwith.

**Earl GARDNER, Appellant, v. UNITED STATES, Appellee.**

No. 8139.

Circuit Court of Appeals, Ninth Circuit.

June 8, 1936.

Daniel E. Rienhardt and Cullen A. Little, both of Globe, Ariz., for appellant.

Frank E. Flynn, U. S. Atty., of Phœnix, Ariz.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of motion of counsel for appellee, consented to by counsel for appellant, and after examination of the bill of exceptions herein, ordered motion granted; appeal dismissed; mandate forthwith.